IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Joseph Richard Lucas,<br><br>       Petitioner,<br><br>v.<br><br>M.V. Joseph,<br><br>       Respondent. | C/A No. 9:25-cv-2955-JFA-MHC<br><br><br>**ORDER** |

  Joseph Richard Lucas ("Petitioner"), proceeding pro se, filed this action seeking habeas corpus relief under 28 U.S.C. § 2241. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.), the case was referred to the Magistrate Judge for initial review.

  After performing an initial review of Respondent's motion for summary judgment and related briefing, the Magistrate Judge[1] prepared a thorough Report and Recommendation ("Report"). (ECF No. 19). Within the Report, the Magistrate Judge opines the Petition is subject to dismissal because it is now moot. *Id.* The Report sets forth, in detail, the relevant facts and standards of law on this matter, and this Court incorporates those facts and standards without a recitation.

  Petitioner was advised of his right to object to the Report, which was entered on the docket on December 8, 2025. *Id.* The Magistrate Judge required Petitioner to file objections

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(d) (D.S.C.). The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261 (1976).

by December 22, 2025. *Id.* Petitioner failed to filed objection and the time for doing so has elapsed. Thus, this matter is ripe for review.

A district court is only required to conduct a *de novo* review of the specific portions of the Magistrate Judge's Report to which an objection is made. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b); *Carniewski v. W. Virginia Bd. of Prob. & Parole*, 974 F.2d 1330 (4th Cir. 1992). In the absence of specific objections to portions of the Magistrate's Report, this Court is not required to give an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

Here, Petitioner has failed to raise any objections and therefore this Court is not required to give an explanation for adopting the recommendation. A review of the Report and prior orders indicates that the Magistrate Judge correctly concluded that Petitioner claims are now moot.

After carefully reviewing the applicable laws, the record in this case, and the Report, this Court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. Accordingly, this Court adopts the Magistrate Judge's Report and Recommendation and incorporates it herein by reference. (ECF No. 19). Consequently, the action is dismissed as moot and Respondent's Motion to Dismiss or for Summary Judgment (ECF No. 8) is deemed moot.

IT IS SO ORDERED.

January 16, 2026                                             Joseph F. Anderson, Jr.
Columbia, South Carolina                              United States District Judge